

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Abigail Vapnyar**
Labor and Employment Law Division
Phone: (212) 356-1177
Email: avapnyar@law.nyc.gov

June 25, 2026

## MEMORANDUM ENDORSED

**BY ECF**

Hon. Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/25/2026

      Re:    <u>Bartley v. The New York City Department of Transportation</u>
               No. 26-CV-2587 (GHW)

Dear Judge Woods:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the defendant New York City Department of Transportation in the above-referenced matter.[1] Defendant writes to respectfully request that, pursuant to Fed. R. Civ. P. 26(c),Your Honor stay discovery, and extend <u>sine die</u> the June 25, 2026 deadline to file the Joint Proposed Case Management Plan ("CMP") and  joint status letter.  The reason for this request is that on June 22, 2025, Defendant filed a pre-motion letter seeking leave to move to dismiss the Complaint in its entirety pursuant to Fed. R. Civ.  P. Rule 12(b)(6). <u>See</u> ECF Dkt. No. 17. On June 25, 2026, Your Honor granted Defendant's application and ordered that the premotion conference will be held on July 2, 2026 during the initial pretrial conference that was scheduled to take place on that day. <u>See</u> ECF Dkt. No. 18. This is Defendant's first request to stay discovery and for an extension of the CMP and joint status letter deadline. Plaintiff does not consent to a stay of discovery.

Defendant's anticipated motion is  fully-dispositive.  As such, a stay of discovery is respectfully requested pending resolution of the motion. <u>See</u> <u>Chesney v. Valley Stream Union Free Sch. Dist. No. 24</u>, 236 F.R.D. 113, 116 (E.D.N.Y. 2006). A stay of discovery is appropriate, given the likelihood of success of Defendant's motion.  <u>See</u> <u>O'Sullivan v. Deutsche Bank AG</u>, 17 Civ. 8709 (LTS)(GWG), 2018 U.S. Dist. LEXIS 70418 (S.D.N.Y. Apr. 26, 2018) (staying discovery

---

[1] Upon information and belief, individually named Defendants Margaret Forgione, Paul Ochoa, Ryan Lynch, Eric Beaton, and Karin Sommer have not been properly served in this action. The plaintiff has only served five copies of the complaint upon an employee of the New York City Law Department, but did not personally serve the individually named defendants.

where defendants "made a strong showing that they are likely to succeed on their motion to dismiss"); Telesca v. Long Island Hous. P'ship, Inc., 05 Civ. 5509 (ADS)(ETB), 2006 U.S. Dist. LEXIS 24311, at *4 (E.D.N.Y. Apr. 27, 2006) (staying discovery where defendants' motion raised "substantial issues with regard to the viability of plaintiffs' complaint"); Johnson v. N. Y. Univ. Sch. of Educ., 205 F.R.D. 433, 434 (staying discovery where defendants' motion was "potentially dispositive," did not appear unfounded in law, and would potentially "obviate the need for burdensome discovery"). Defendant has made a strong showing that they are likely to succeed in its motion to dismiss the Complaint in its entirety.

If granted, this request would obviate the need for submission of the CMP and joint status letter. Accordingly, Defendant asks that the Court adjourn sine die the June 25, 2026 deadline to file the CMP and joint status letter in light of the premotion conference scheduled for the July 2, 2026.

Defendant thanks the Court for its consideration of these requests.

Respectfully submitted,

/s/ Abigail Vapnyar
Abigail Vapnyar
Assistant Corporation Counsel

cc:    **Natasha Bartley (Via ECF)**
       **Pro Se Plaintiff**
       211 W 29th Street, #20A
       New York, NY 10001
       Email: bn62936@gmail.com

The Court will take up Defendant's request for a stay of discovery deadlines during the conference scheduled for July 2, 2026. The Court does not excuse the parties from their obligations to submit a joint letter and proposed case management plan as required by the Court's order setting the initial pretrial conference in this case. Dkt. No. 5.

SO ORDERED.
Dated:  June 25, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge