UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2026

---------------------------------------------------------------- X
                                  :

NATASHA BARTLEY,                 :

                                  :

               Plaintiff,    :            1:26-cv-2587-GHW

                                  :

         -v-                    :            ORDER

                                  :

THE NEW YORK CITY DEPARTMENT OF   :
TRANSPORTATION, *et al.*,            :

                                  :

             Defendants.   :

                                  :

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        As stated on the record in the conference held on July 2, 2026, Defendant New York City Department of Transportation's request for leave to file a motion to dismiss is granted. The motion must be filed no later than August 11, 2026. Plaintiff's opposition is due no later than 28 days following the filing of the motion. As stated on the record, Plaintiff's deadline to amend her complaint as of right remains 21 days following the filing of the motion. If Plaintiff does not file an opposition or an amended complaint, the Court will resolve Defendant's motion as unopposed. Defendant's reply, if any, is due two weeks following service of any opposition.

        For the reasons stated on the record, Defendant's request for a stay of discovery deadlines, Dkt. No. 19, is granted. As stated on the record, the Court observes that this stay is warranted to provide Plaintiff the opportunity to determine what, if anything, she must do to meet her obligations to serve the individual defendants.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 6.

SO ORDERED.

Dated: July 2, 2026
     New York, New York

_____
GREGORY H. WOODS
United States District Judge