USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA BARTLEY, Plaintiff, | 1:26-cv-2587-GHW |
| -v- | ORDER |
| THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, *et al.*, Defendants. | |

GREGORY H. WOODS, United States District Judge:

On August 11, 2026, Defendant New York City Department of Transportation filed its motion to dismiss the complaint. Dkt. No. 25. On September 4, 2026, the Court extended the deadline for Plaintiff to oppose the motion to dismiss or to amend her complaint as of right in response to Defendant's motion to dismiss to October 1, 2026. Dkt. No. 28. On September 23, 2026, Plaintiff amended her complaint, removing all defendants other than the City of New York. Dkt. No. 31. Because Plaintiff amended her complaint, the pending motion to dismiss at Dkt. No. 25 is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the pending motion at Dkt. No. 25.

SO ORDERED.

Dated: October 2, 2026

GREGORY H. WOODS
United States District Judge